## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN OMAHNE,

    Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,
ROBINHOOD SECURITIES, LLC, and
ROBINHOOD MARKETS, INC.

    Defendants.

Case No. 3:21-cv-13

## WITHDRAWAL WITH PREJUDICE

AND NOW, comes the Plaintiff, Brian Omahne, by and through his attorney, Prabhu Narahari, Esq. of Manes and Narahari, LLC, and voluntarily withdraws this action with prejudice pursuant to Fed.R.Civ.P. 41.

Respectfully Submitted,

/s/ David M. Manes
David M. Manes, Esq.
PA ID: 314661
**Manes & Narahari LLC**
Law & Finance Building
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
(412) 626-5591 Direct
(412) 650-4845 Fax
dm@manesnarahari.com

Attorney for Plaintiff

Respectfully Submitted,

/s/ Prabhu Narahari
Prabhu Narahari, Esq.
PA ID: 323895
**Manes & Narahari LLC**
Law & Finance Building
429 Fourth Avenue, Suite 300
Pittsburgh, PA 15219
(412) 626-5588 Direct
(412) 650-4845 Fax
pn@manesnarahari.com

Attorney for Plaintiff

AND NOW, this 5th ,
day of March , 20 21 ,
IT IS SO ORDERED,

UNITED STATES DISTRICT JUDGE